# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

January 19, 2024

**CL-2023-0050**

Ex parte Cameron E. Whitlow (In re: Cameron E. Whitlow v. Madison County Board of Education, Allen Perkins, Sr., in his official capacity as superintendent of Madison County Schools; Nathan Curry, Brian Brooks, Dave Weis, Shere Rucker, and Angie Bates, in their official capacities as members of the Madison County Board of Education)(Madison Circuit Court: CV-22-900379)

## ORDER

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Thompson, P.J., and Edwards, Hanson, and Fridy, JJ., concur.

Moore, J., concurs in the result, without opinion.

Nathan P. Wilson, Clerk